# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 41251

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2014 Unpublished Opinion No. 414 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: March 13, 2014 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| COURTNEY SUE RESCHKE, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Ronald J. Wilper, District Judge.

Judgment of conviction and concurrent unified sentences of twenty years, with minimum periods of confinement of three years, for six counts of lewd conduct with a minor child under sixteen, affirmed.

Sara B. Thomas, State Appellate Public Defender; Ben P. McGreevy, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; John C. McKinney, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Chief Judge; GRATTON, Judge;
and MELANSON, Judge

_____

PER CURIAM

Courtney Sue Reschke pled guilty to six counts of lewd conduct with a minor child under sixteen. I.C. § 18-1508. In exchange for her guilty pleas, additional charges were dismissed. The district court sentenced Reschke to concurrent unified terms of twenty years, with minimum periods of confinement of three years. Reschke appeals.[1]

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

_____

[1] Reschke also pled guilty to and was sentenced for seven misdemeanor counts of dispensing alcohol to a minor. However, she does not challenge these sentences upon appeal.

1

need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Reschke's judgment of conviction and sentences are affirmed.